**Electronically Filed
Supreme Court
SCWC-30644
17-JUL-2013
09:42 AM**

SCWC-30644

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LAHAINA FASHIONS, INC., a Hawai'i corporation,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

BANK OF HAWAI'I, a Hawai'i corporation; HAWAIIAN TRUST COMPANY,
LTD., as Trustee for Hawai'i Real Estate Equity Fund; HAWAI'I REAL
ESTATE EQUITY FUND; PACIFIC CENTURY TRUST, a division of Bank of
Hawai'i as Trustee of the Hawai'i Real Estate Equity Fund,
Respondents/Defendants-Appellees/Cross-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30644; CIVIL NO. 07-1-0506)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, McKenna, and Pollack, JJ., and
Circuit Judge Kim, in place of Recktenwald, C.J., recused)

The Application for Writ of Certiorari filed on June 9,

2013 by Petitioner/Plaintiff-Appellant/Cross-Appellee Lahaina

Fashions, Inc. is hereby accepted and will be scheduled for oral

argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, July 17, 2013.

| | |
|---|---|
| Philip H. Lowenthal, | /s/ Paula A. Nakayama |
| Benjamin Lowenthal, | |
| Joseph M. Alioto, | /s/ Simeon R. Acoba, Jr. |
| and James M. Dombroski, | |
| for petitioner | /s/ Sabrina S. McKenna |
| | |
| Terrence J. O'Toole, | /s/ Richard W. Pollack |
| Judith A. Pavey, | |
| and Andrew J. Lautenbach, | /s/ Glenn J. Kim |
| for respondents | |



2